435 A.2d 1334

Commonwealth v. Tull, Appellant.

Petition for Allowance of Appeal Denied Oct. 20, 1981.

Submitted September 9, 1980. Walter Michael Dinda, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

435 A.2d 1334

Commonwealth v. Watson, Appellant.

Submitted April 20, 1981. Mary E. Longeran, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Judgment of sentence affirmed.